DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**TRONNEAL MANGUM,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D19-2980

[December 12, 2019]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Kirk Volker, Judge; L.T. Case No. 50-1997-CF-001373-A.

Tronneal Mangum, Indiantown, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, C.J., GROSS and CIKLIN, JJ., concur.

\*         \*         \*

***Not final until disposition of timely filed motion for rehearing.***